**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
Center City Healthcare, LLC d/b/a Hahnemann University Hospital,          :   Case No. 19-11466 (MFW)
*et al*.,                                                                 :
                                                                          :   Jointly Administered
                    Debtors.                                              :
------------------------------------------------------------------------- x
Center City Healthcare, LLC d/b/a Hahnemann University Hospital,          :
Philadelphia Academic Health System, LLC, St. Christopher's               :
Healthcare, LLC, Philadelphia Academic Medical Associates, LLC,           :
HPS of Pa, L.L.C., SCHC Pediatric Associates, L.L.C., St.                 :
Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric        :
Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics,      :
L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA,           :
L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C.,                     :
                                                                          :
                    Plaintiffs,                                           :
                                                                          :
              v.                                                          :   Adversary Proceeding No. 22-50263 (MFW)
                                                                          :
Huron Consulting Services LLC,                                            :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------- x

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN**
**ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:  824 Market Street, 3rd Floor
                              Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

| | |
|---|---|
| Mark Minuti, Esquire | Jeffrey C. Hampton, Esquire |
| John D. Demmy, Esquire | Adam H. Isenberg, Esquire |
| Monique B. DiSabatino, Esquire | Saul Ewing Arnstein & Lehr LLP |
| Saul Ewing Arnstein & Lehr LLP | Centre Square West |
| 1201 North Market Street, Suite 2300 | 1500 Market Street, 38th Floor |
| P.O. Box 1266 | Philadelphia, PA 19102 |
| Wilmington, DE 19899 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| *Address***:** | *Room*: |
| U.S. Bankruptcy Court | 5th Floor, Courtroom #4 |
| 824 Market Street | |
| Wilmington, DE 19801 | **Date and Time:** |
| | To be determined |

39925333.1 4/18/22

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy Court
for the District of Delaware

Date:  April 18, 2022

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

