IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of Pa, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>Huron Consulting Services LLC,<br><br>Defendant. | Adversary Proceeding No. 22-50263 (MFW) |

**CERTIFICATE OF SERVICE**

I, Monique B. DiSabatino, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused service of the Complaint and Summons and Notice of Pretrial Conference to be made on the below party on April 18, 2022 by Mail Service: Regular, first class United States mail, postage fully pre-paid.

>Huron Consulting Services LLC
>c/o Corporation Service Company
>Registered Agent
>251 Little Falls Drive
>Wilmington, Delaware 19808

Under penalty of perjury, I declare that the foregoing is true and correct.

>*/s/ Monique B. DiSabatino*
>Monique B. DiSabatino (DE Bar No. 6027)
>SAUL EWING ARNSTEIN & LEHR LLP
>1201 North Market Street, Suite 2300
>PO Box 1266
>Wilmington, DE  19899
>(302) 421-6806

Dated:  April 18, 2022

39925333.1 4/18/22