# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant. | Adv. Proc. No. 22-50263 (MFW) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2022, the **ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS PURSUANT TO 11 U.S.C. §§ 548 & 550** was served by CM/ECF and on June 2, 2022 by e-mail upon the following individuals:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

        Mark Minuti, Esq.
        John D. Demmy, Esq.
        Monique B. DiSabatino, Esq.
        Saul Ewing Arnstein & Lehr LLP
        1201 North Market Street, Suite 2300
        P. O. Box 1266
        Wilmington, DE 19899
        Email: mark.minuti@saul.com
              john.demmy@saul.com
              monique.disabatino@saul.com

        Jeffrey C. Hampton, Esq.
        Adam H. Isenberg, Esq.
        Saul Ewing Arnstein & Lehr LLP
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Email: jeffrey.hampton@saul.com
              adam.isenberg@saul.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Donna L. Culver*
                Donna L. Culver (No. 2983)
                1201 North Market Street
                P. O. Box 1347
                Wilmington, DE 19801
                Telephone:  (302) 658-9200
                Facsimile:  (302) 658-3989
                Email:  dculver@morrisnichols.com
                    *Attorneys for Defendant*
                    *Huron Consulting Services LLC*

OF COUNSEL:

J.B. Evans, Boise Bar No. 10537
Elijah M. Watkins, Boise Bar No. 8977
STOEL RIVES LLP
101 South Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone:  (208) 389-9000
Email:  jb.evans@stoel.com
       elijah.watkins@stoel.com

June 2, 2022