# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>　　　　　Defendant.<br>――――――――――――――――――――<br>HURON CONSULTING SERVICES LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>　　　　　Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 16, 2022, a true and correct copy of *Defendant/Third-Party Plaintiff's Initial Disclosures* were served upon the following counsel of record via electronic mail:

**SAUL EWING ARNSTEIN & LEHR LLP**
Mark Minuti
1201 North Market Street, Suite 2300
Wilmington, DE  19801
Email: mark.minuti@saul.com

| | |
|---|---|
| Date: July 18, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Donna L. Culver* |
| | Donna L. Culver (No. 2983) |
| | 1201 North Market Street |
| | P. O. Box 1347 |
| | Wilmington, DE 19801 |
| | Telephone:  (302) 658-9200 |
| | Email: dculver@mnat.com |
| | |
| | STOEL RIVES LLP |
| | |
| | *Elijah Watkins (Idaho Bar No. 8977) pro hac vice* |
| | *J.B. Evans (Idaho Bar No. 10537) pro hac vice* |
| | *STOEL RIVES* LLP |
| | 101 S Capitol Blvd., Suite 1900 |
| | Boise, ID  83702 |
| | Telephone:  (208) 389.9000 |
| | elijah.watkins@stoel.com |
| | jb.evans@stoel.com |
| | |
| | *Attorneys for Defendant and Third-Party Plaintiff Huron Consulting Services LLC* |