# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant.<br><br>―――――――――――――――――<br><br>HURON CONSULTING SERVICES LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW) |

## NOTICE OF ADJOURNED PRETRIAL CONFERENCE ON HURON CONSULTING SERVICES LLC'S COMPLAINT AGAINST PALADIN HEALTHCARE CAPITAL, LLC

**PLEASE TAKE NOTICE** that the pretrial conference with respect to Huron Consulting Services LLC's Complaint against Paladin Healthcare Capital, LLC originally scheduled for July 20, 2022 at 10:00 a.m. (ET) in the above-captioned case before the Honorable Mary F. Walrath, United States Bankruptcy Judge, has been continued to **August 23, 2022 at 10:00 a.m. (ET).**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Date: July 18, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
Email: dculver@mnat.com

STOEL RIVES LLP

*Elijah Watkins (Idaho Bar No. 8977) pro hac vice*
*J.B. Evans (Idaho Bar No. 10537) pro hac vice*
*STOEL RIVES* LLP
101 S Capitol Blvd., Suite 1900
Boise, ID  83702
Telephone: (208) 389.9000
elijah.watkins@stoel.com
jb.evans@stoel.com

*Attorneys for Defendant and Third-Party Plaintiff Huron Consulting Services LLC*