# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>　　　　　Defendant.<br><br>———————————————<br><br>HURON CONSULTING SERVICES LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>　　　　　Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW) |

## NOTICE OF ADJOURNED PRETRIAL CONFERENCE WITH RESPECT TO THIRD-PARTY COMPLAINT

**PLEASE TAKE NOTICE** that the pretrial conference with respect to Huron Consulting Services LLC's Third-Party Complaint against Paladin Healthcare Capital, LLC scheduled for September 22, 2022 at 10:30 a.m. (ET) in the above-captioned case before the Honorable Mary F. Walrath, United States Bankruptcy Judge, has been continued to **October 25, 2022 at 11:30 a.m. (ET).**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Date: September 20, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Donna L. Culver* |
| | Donna L. Culver (No. 2983) |
| | 1201 North Market Street |
| | P. O. Box 1347 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 658-9200 |
| | Email: dculver@mnat.com |
| | |
| | *Attorneys for Defendant and Third-Party Plaintiff Huron Consulting Services LLC* |

OF COUNSEL:

STOEL RIVES LLP
Elijah Watkins (Idaho Bar No. 8977) pro hac vice
J.B. Evans (Idaho Bar No. 10537) pro hac vice
STOEL RIVES LLP
101 S Capitol Blvd., Suite 1900
Boise, ID  83702
Telephone: (208) 389.9000
elijah.watkins@stoel.com
jb.evans@stoel.com