# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4344** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Docket No. 37** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR OCTOBER 25, 2022 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

> **THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsduqvpj0iGuFsF6jFV7m17xaQoq-yiSo
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 9:30 A.M. (ET) ON OCTOBER 25, 2022**

**RESOLVED MATTERS:**

1. Tenth Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4265; filed: 09/14/22]

   <u>Response Deadline</u>:  September 28, 2022 at 4:00 p.m.

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:

   A. Certification of No Objection [Docket No. 4310; filed: 09/29/22]

   B. Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4311; signed and docketed: 09/30/22]

   <u>Status</u>: On September 30, 2022, the Court entered an order approving this motion.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal the Unredacted Versions of (A) the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) the Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4298; filed: 09/21/22]

---

[2] **All Amended Agenda items appear in bold.**

Response Deadline: October 5, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 4323; filed: 10/06/22]

B. Order Authorizing the Debtors to File under Seal the Unredacted Versions of (A) the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) the Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4330; signed and docketed: 10/11/22]

Status: On October 11, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

3. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

    Response Deadline: April 1, 2022 at 4:00 p.m.; extended to November 15, 2022 for the Debtors.

    Responses Received:

    A. Informal comments from the Debtors

    Related Documents:

    Status: This matter is continued to the November 22, 2022 omnibus hearing.

**CERTIFICATION OF NO OBJECTION MATTERS:**

4. [**FILED UNDER SEAL**] Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4296; filed: 09/21/22]

    Response Deadline: October 5, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

A. [**REDACTED**] Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4299; filed: 09/21/22]

B. Declaration of Allen Wilen in Support of Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4299–3; filed: 09/21/22]

C. Notice of Submission of Copies of Proofs of Claim for the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 for Hearing on October 25, 2022 [Docket No. 4328; filed: 10/11/22]

D. [**FILED UNDER SEAL**] Certification of No Objection [Docket No. 4331; filed: 10/11/22]

E. [**REDACTED**] Certification of No Objection [Docket No. 4332; filed: 10/11/22]

Status: On October 11, 2022, the Debtors filed a certification of no objection regarding this claim objection.

5. [**FILED UNDER SEAL**] Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4297; filed: 09/21/22]

Response Deadline:  October 5, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A. [**REDACTED**] Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4300; filed: 09/21/22]

B. Declaration of Allen Wilen in Support of Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4300-3; filed: 09/21/22]

C. Notice of Submission of Copies of Proofs of Claim for the Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4329; filed: 10/11/22]

5

D. [**FILED UNDER SEAL**] Certification of No Objection [Docket No. 4333; filed: 10/11/22]

E. [REDACTED] Certification of No Objection [Docket No. 4334; filed: 10/11/22]

F. **[FILED UNDER SEAL] Order Sustaining Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4345; signed and docketed: 10/24/22]**

G. **[REDACTED] Order Sustaining Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4346; signed and docketed: 10/24/22]**

**Status: On October 24, 2022, the Court entered an order sustaining this claim objection.**

**PRETRIAL CONFERENCE**

*Center City Healthcare, LLC, et al. v. Huron Consulting Services LLC and Huron Consulting Services LLC v. Paladin Healthcare Capital, LLC* – Case No. 22-50263 (MFW)

Status: This pretrial conference is continued to the November 22, 2022 omnibus hearing.

| | |
|---|---|
| Dated: October 25, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |

                      By:    */s/ Mark Minuti*
                               Mark Minuti (DE Bar No. 2659)
                               Monique B. DiSabatino (DE Bar No. 6027)
                               1201 N. Market Street, Suite 2300
                               P.O. Box 1266
                               Wilmington, DE  19899
                               Telephone: (302) 421-6800
                               Fax: (302) 421-6813
                               mark.minuti@saul.com
                               monique.disabatino@saul.com

                                         -and-

                               Jeffrey C. Hampton
                               Adam H. Isenberg
                               Centre Square West
                               1500 Market Street, 38th Floor
                               Philadelphia, PA 19102
                               Telephone: (215) 972-7777
                               Fax: (215) 972-7725
                               jeffrey.hampton@saul.com
                               adam.isenberg@saul.com

                               *Counsel for Debtors and Debtors in Possession*